UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDANCE MARIE CONWAY,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>Defendants. | Case No. 23-cv-00408-LJC<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. No. 10 |

It is hereby ORDERED that the time for Plaintiff's Motion for Summary Judgment or Remand shall be extended until May 26, 2023. The calendar of dates in the Scheduling Order shall adjust in conformity to this change. The Parties shall adhere to the new schedule set-forth below:

- Plaintiff's Motion for Summary Judgment or Remand shall be due on or before Friday, May 26, 2023, and it shall not exceed twenty-five pages.

- Defendants' response and, if applicable, their counter-motion for Summary Judgment or Remand, shall be due on or before Monday, June, 26, 2023. Defendants' response and, if applicable, counter-motion shall not exceed thirty pages in total. If Defendants do not file a counter-motion, their response shall not exceed twenty-five pages.

- Plaintiff's response, and optional reply, shall be due on or before Monday, July 10, 2023. Plaintiff's reply shall be combined with her response and shall not exceed twenty-five pages in total. If Defendants do not file a counter-motion, Plaintiff's reply shall not exceed fifteen pages.

- Defendants' optional reply shall be due on or before Monday, July 24, 2023, and shall not exceed fifteen-pages.

**IT IS SO ORDERED.**

Dated: April 26, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge