UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANDANCE MARIE CONWAY,
Plaintiff,

v.

MARTIN O'MALLEY et al.,
Defendants.

Case No. 3:23-cv-00408-LJC

**JUDGMENT IN A CIVIL CASE**

() Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff

**IT IS SO ORDERED.**

Dated: March 29, 2024

Mark Busby, Clerk

By: Brittany Sims

Brittany Sims
Deputy Clerk to the Honorable
Magistrate Judge Lisa J. Cisneros

United States District Court
Northern District of California